ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Rushmore Loan Management Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SYNTHESIS INDUSTRIAL HOLDINGS 1, LLC,<br><br>Appellant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST SERIES 2016-CTT; and RUSHMORE LOAN MANAGEMENT SERVICES, LLC,<br><br>Appellees. | Case No. 2:19-cv-01431-JCM<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**(FIRST REQUEST)** |

Synthesis Industrial Holdings 1, LLC, (**SIH**), and Rushmore Loan Management Services, LLC (**Rushmore**), hereby stipulate and agree that Rushmore shall have an additional thirty (30) days, up to and including **December 13, 2019**, to file its answering brief, which is currently due on November 13, 2019, pursuant to ECF No. 5. The parties also stipulate that SIH shall have forty-five days, up to and including January 27, 2020, to file its reply brief, which is currently due on November 27, 2019, pursuant to ECF No. 5.

…

50769190;1

This is the parties' first request for an extension of these deadlines, and is not intended to cause any delay or prejudice to any party.

DATED this 12th day of November 2019.

| **AKERMAN LLP** | **HUNTER PARKER, LLC** |
|---|---|
| /s/ *William S. Habdas* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> WILLIAM S. HABDAS, ESQ. <br> Nevada Bar No. 13138 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Rushmore Loan Management Services, LLC* | /s/ *Andrew J. Van Ness* <br> ANDREW J. VAN NESS, ESQ. <br> Nevada Bar No. 9709 <br> 3815 S. Jones Boulevard, Suite 1A <br> Las Vegas, NV 89103 <br><br> *Attorneys for Synthesis Industrial Holdings 1, LLC* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No. 2:19-cv-01431-JCM

DATED: November 12, 2019

2

50769190;1