ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Rushmore Loan Management Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SYNTHESIS INDUSTRIAL HOLDINGS 1, LLC,<br><br>Appellant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST SERIES 2016-CTT; and RUSHMORE LOAN MANAGEMENT SERVICES, LLC,<br><br>Appellees. | Case No. 2:19-cv-01431-JCM<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**(SECOND REQUEST)** |

Synthesis Industrial Holdings 1, LLC, (**SIH**), and Rushmore Loan Management Services, LLC (**Rushmore**), hereby stipulate and agree that Rushmore shall have an additional thirty (30) days, up to and including **Monday, January 13, 2020**[1], to file its answering brief, which is currently due on December 13, 2019, pursuant to ECF No. 9. The parties also stipulate that SIH shall have forty-five days, up to and including March 12, 2020, to file its reply brief, which is currently due on January 27, 2020, pursuant to ECF No. 9.

---

[1] 30 days would be Sunday, January 12, 2020.

50999949;1

This is the parties' second request for an extension of this deadline. Counsel for Rushmore requested the additional time due to the combination of family medical issues, the novelty of the issues of law, and the requirement for client approval. This extension is not intended to cause any delay or prejudice to any party. This will be the final extension requested on this brief.

DATED this 5th day of December 2019.

| **AKERMAN LLP** | **HUNTER PARKER, LLC** |
|---|---|
| /s/ *William S. Habdas* <br> ARIEL E. STERN, ESQ. <br> Nevada Bar No. 8276 <br> NATALIE L. WINSLOW, ESQ. <br> Nevada Bar No. 12125 <br> WILLIAM S. HABDAS, ESQ. <br> Nevada Bar No. 13138 <br> 1635 Village Center Circle, Suite 200 <br> Las Vegas, NV 89134 <br><br> *Attorneys for Rushmore Loan Management Services, LLC* | /s/ *Andrew J. Van Ness* <br> ANDREW J. VAN NESS, ESQ. <br> Nevada Bar No. 9709 <br> 3815 S. Jones Boulevard, Suite 1A <br> Las Vegas, NV 89103 <br><br> *Attorneys for Synthesis Industrial Holdings 1, LLC* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No. 2:19-cv-01431-JCM

DATED: December 5, 2019

50999949;1