ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Rushmore Loan Management Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SYNTHESIS INDUSTRIAL HOLDINGS 1, LLC,<br><br>Appellant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS TRUSTEE FOR THE RMAC TRUST SERIES 2016-CTT; and RUSHMORE LOAN MANAGEMENT SERVICES, LLC,<br><br>Appellees. | Case No. 2:19-cv-01431-JCM<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE**<br><br>**(THIRD REQUEST)** |

Synthesis Industrial Holdings 1, LLC, (**SIH**), and Rushmore Loan Management Services, LLC (**Rushmore**), hereby stipulate and agree that Rushmore shall have an additional seven (7) days, up to and including **Tuesday, January 21, 2020**[1], to file its answering brief, which is currently due on January 13, 2020, pursuant to ECF No. 12. The parties also stipulate that SIH shall have an additional seven (7) days, up to and including **Thursday, March 19, 2020**, to file its reply brief, which is currently due on March 12, 2020, pursuant to ECF No. 12.

---

[1] 7 days would be Monday, January 20, 2020, Martin Luther King Day.

51452193;1

This is the parties' third request for an extension of this deadline. Counsel for Rushmore requested the additional time because although the brief is complete, unexpected delays in receiving client approval require the additional time. The request is made in good faith and not for the purpose of delay.

DATED this 9th day of January 2020.

| **AKERMAN LLP** | **HUNTER PARKER, LLC** |
|---|---|
| /s/ *William S. Habdas*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>WILLIAM S. HABDAS, ESQ.<br>Nevada Bar No. 13138<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for Rushmore Loan Management Services, LLC* | /s/ *Andrew J. Van Ness*<br>ANDREW J. VAN NESS, ESQ.<br>Nevada Bar No. 9709<br>3815 S. Jones Boulevard, Suite 1A<br>Las Vegas, NV 89103<br><br>*Attorneys for Synthesis Industrial Holdings 1, LLC* |

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Case No. 2:19-cv-01431-JCM

DATED: January 10, 2020

2

51452193;1