UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SYNTHESIS INDUSTRIAL HOLDINGS I, LLC,<br><br>                    Plaintiff(s),<br><br>         v.<br><br>U.S. BANK NATIONAL ASSOCIATION, et al.,<br><br>                    Defendant(s). | Case No. 2:19-CV-1431 JCM<br><br>ORDER |

Presently before the court is the matter of *Synthesis Industrial Holdings 1 LLC v. U.S. Bank National Association et al.*, case no. 2:19-cv-01431-JCM.

On May 8, 2020, this court affirmed the bankruptcy court's order. (ECF No. 19). Appellant Synthesis Industrial Holdings ("Synthesis") appealed. (ECF No. 21).

The Ninth Circuit has now remanded this matter for "the limited purpose of allowing the district court to decide whether to order Synthesis to file a motion for leave to appeal, or alternatively to treat the notice of appeal as such a motion, and if the district court does either, whether to grant the motion." (ECF No. 23).

Thus, this court orders Synthesis to file a motion for leave to appeal.

Accordingly,

IT IS SO ORDERED.

DATED April 9, 2021.

*[signature: James C. Mahan]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**